IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA JACKSON-COBB | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-4291 |
| | : | |
| ANDREW SAUL,[1] | : | |
| *COMMISSIONER OF SOCIAL* | : | |
| *SECURITY* | : | |

# **ORDER**

AND NOW, this 24th day of January, 2020, upon consideration of Plaintiff Melissa Jackson-Cobb's Request for Review, and Defendant Andrew Saul, Commissioner of Social Security's response, and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, Jackson-Cobb's objections, and the Commissioner's response to Jackson-Cobb's objections, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Jackson-Cobb's objections to the Report and Recommendation (Document 21) are OVERRULED;

2. The Report and Recommendation (Document 20) is APPROVED and ADOPTED;

3. Jackson-Cobb's Request for Review (Document 15) is DENIED; and

4. Judgment is entered in favor of the Commissioner.

The Clerk of Court is directed to mark this case CLOSED.

---

[1] Andrew Saul became the Commissioner of Social Security on June 17, 2019. Pursuant to Federal Rule of Civil Procedure 25(d), Saul is substituted for Nancy A. Berryhill as the Defendant in this case.

BY THE COURT:


<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, C.J.